FILED
APR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Gabriel PINEDA-Granados,<br><br>Defendant. | Magistrate Case No.: 08 MJ 8298<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 6, 2008, within the Southern District of California, defendant Gabriel PINEDA-Granados did knowingly and intentionally import approximately 2.4 kilograms (5.28 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF APRIL 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Gabriel PINEDA-Granados

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Claudia E. Herzog.

On April 6, 2008, at approximately 1505 hours, Gabriel PINEDA-Granados entered the United States at the Calexico, CA West Port of Entry. PINEDA was the driver and registered owner of a 1997 Dodge Ram pickup truck bearing Baja California license plate AM31048.

PINEDA gave Primary Officer Zuniga a negative oral Customs declaration. PINEDA stated that he was going to the mall in El Centro, California. Officer Romero asked about the vehicle and PINEDA stated that he the vehicle was his and that he was the registered owner. Officer Romero proceeded to escort the vehicle to the secondary lot for further inspection..

In the secondary inspection area, PINEDA gave a negative Customs declaration to Officer Brown. PINEDA immediately asked to speak to a supervisor and Officer Brown informed PINEDA at the conclusion of the inspection. Officer Leon screened the vehicle with his canine, which resulted in an alert to the engine area of the vehicle.

A subsequent inspection of the vehicle revealed 5 packages concealed in the air intake manifold of the vehicle. One of the packages was probed and a sample of a crystal like substance was obtained, which field-tested positive for methamphetamine. The 5 packages had a combined net weight of approximately 2.4 kilograms (5.28 pounds) of methamphetamine.

PINEDA was placed under arrest for violation of 21 USC 952 and 960, Importation of a Controlled Substance. PINEDA stated he understood his rights and was willing to answer questions without the presence of an attorney. PINEDA admitted

knowledge of a controlled substance concealed in the vehicle. PINEDA stated that he was to be paid $2,000.00 for smuggling a controlled substance into the United States.