FILED
MAY -1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1406-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| GABRIEL PINEDA-GRANADOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 6, 2008, within the Southern District of California, defendant GABRIEL PINEDA-GRANADOS, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 2.4 kilograms (5.28 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 1, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
5/1/08